FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 APR 21  PM 1: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV171 |
| | ) | |
| vs. | ) | |
| | ) | |
| SHERRI HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $2,789.15 principal, interest in the amount of $2,244.98, administrative charges in the amount of $0.00, plus interest thereon from December 7, 2007, at the rate of $0.69 per day, and thereafter with interest at the current rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

SHERRI HARRIS

_Sherri Harris_
Defendant
2701 Morrie Dr.
Address
Bellevue, NE 68123
City, State & Zip
402-734-3636
Telephone Number

UNITED STATES OF AMERICA,
Plaintiff,

JOE W. STECHER
United States Attorney

LAURIE M. BARRETT
Assistant U. S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68101
(402) 661-3700
laurie.barrett@usdoj.gov

APPROVED THIS __21__ day of __APRIL__, 2008, accruing at the legal rate of __1.67__% per annum from the date of this judgment, until paid in full and court costs.

JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE